UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHARLES J. EVANS,

      Plaintiff,

v.

PAMELA J. HELTON, ROXANN E. EVANS/OLIVER, GARY J. COONEY, CIRCUIT JUDGE JASON J. NIMETH, FIFTH LAKE COUNTY COURT,

      Defendants.
_____/

Case No. 5:25-cv-654-KCD-PRL

# **ORDER**

Before the Court is United States Magistrate Judge Philip R. Lammens' Report and Recommendation ("R&R"). (Doc. 12.) Judge Lammens recommends dismissing the Second Amended Complaint (Doc. 11) without prejudice for lack of a viable claim. (*Id.*) Plaintiff did not object, and the time to do so passed.

After conducting a careful and complete review of the findings and recommendations, a district judge "may accept, reject, or modify, in whole or in part," a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). In the absence of specific objections, there is no requirement that a district judge review the report and recommendation de novo. *See Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Instead, when parties don't object, a district court need only correct plain error as demanded by the

interests of justice. *See, e.g.*, *Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Thomas v. Arn*, 474 U.S. 140, 150-52 (1985). Plain error exists if (1) "an error occurred"; (2) "the error was plain"; (3) "it affected substantial rights"; and (4) "not correcting the error would seriously affect the fairness of the judicial proceedings." *Farley v. Nationwide Mut. Ins.*, 197 F.3d 1322, 1329 (11th Cir. 1999).

After careful consideration and an independent review of the case, the Court finds no plain error. It accepts and adopts the R&R in full.

Accordingly, it is now **ORDERED**:

The Report and Recommendation (Doc. 12) is **ACCEPTED and ADOPTED** and the findings incorporated herein.

(1) The Second Amended Complaint (Doc. 11) is **DISMISSED without prejudice**.

(2) The Clerk is **DIRECTED** to enter judgment accordingly, deny any pending motions as moot, terminate any deadlines, and close the case.

**ENTERED** in Fort Myers, Florida on January 9, 2026.

Kyle C. Dudek
United States District Judge